**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: __10-11216-LMI__

☒ __2nd__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jorge F. Lopez                          CO-DEBTOR: _____
Last Four Digits of SS# __xxx-xx-8235__         Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __50__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.  $ __250.00__ for months __1__ to __50__ ;
B.  $ _____ for months _____ to _____ ;
C.  $ _____ for months _____ to _____ in order to pay the following creditors:

Administrative:    Attorney's Fee   $ __3,500.00__   TOTAL PAID $ __1,900.00__ .
                   Balance Due      $ __1,600.00__   payable $ __133.34__ month (Months __1__ to __12__ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. __n/a__
Address _____

Arrearage on Petition Date $ _____
Arrears Payment $ _____ /month (Months ___ to ___)
Arrears Payment $ _____ /month (Months ___ to ___)
Regular Payment $ _____ /month (Months ___ to ___)

2. _____

Arrears Payment $ _____
Arrears Payment $ _____ /month (Months ___ to ___)
Regular Payment $ _____ /month (Months ___ to ___)
Arrears Payment $ _____ /month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| n/a | | | | | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __n/a__                       Total Due $ _____
                                 Payable $ _____ /month (Months ___ to ___)

Unsecured Creditors: Pay $ __91.66__ month (Months __1__ to __12__) Pay $ 225.00/mo (Mos 13 to 50 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor will modify the plan to increase the amounts to be paid into the plan to provide for 100% distribution to unsecured creditors.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor /s/ Jorge F. Lopez                       Joint Debtor
Date: __07-02-10__                              Date: _____

LF-31 (rev. 06/02/08)